## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURA BEDSON, individually and on behalf of all others similarly situated,<br><br>                   Plaintiff,<br><br>  v.<br><br>BIOSTEEL SPORTS NUTRITION, INC.,<br><br>                   Defendant. | Civil Action No. 1:23-cv-00620-HG<br><br>**DEFENDANT BIOSTEEL SPORTS NUTRITION, INC.'S NOTICE OF MOTION TO DISMISS**<br><br>**Hon. Hector Gonzalez**<br>**Oral Argument Requested** |

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support of Defendant BIOSTEEL SPORTS NUTRITION, INC.'s ("BioSteel" or "Defendant"), Motion to Dismiss the Complaint and all other pleadings and proceedings heretofore had herein, Defendant will move this Court, at the United States Courthouse for the Eastern District of New York, located a 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be designated by the Court, for an order dismissing the Complaint in its entirety against Defendant, with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 9(b), and granting Defendant such other and further relief as the Court deems just and proper.

Dated: New York, New York
       May 22, 2023

                                        **HARRIS BEACH PLLC**

                                        s/ Kelly Jones Howell
                                        Kelly Jones Howell, Esq. (KJH-7804)
                                        Judi Abbott Curry, Esq. (JAC-4706)
                                        Wayne L. Gladstone, Esq. (WLG-1680)
                                        ***Attorneys for Defendant***
                                        ***BioSteel Sports Nutrition, Inc.***
                                        100 Wall Street, 23rd Fl.
                                        New York, New York 10005
                                        Tel:  (212) 687-0100
                                        Fax:  (212) 687-0659

cc:

Jason P. Sultzer, Esq.
The Sultzer Law Group P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601

Nick Suciu III, Esq.
Milberg Coleman Bryson Phillips Grossman, PLLC
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301

*Attorneys for Plaintiff*

422696\4883-2774-2309\.v2