UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURA BEDSON, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>BIOSTEEL SPORTS NUTRITION, INC.,<br><br>                      Defendant. | Civil Action No. 1:23-cv-00620-HG<br><br><br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys and/or the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, above entitled action against Defendant, BIOSTEEL SPORTS NUTITRION, INC., hereby is dismissed without prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       December 21, 2023

| | |
|---|---|
| THE SULTZER LAW GROUP | HARRIS BEACH PLLC |
| By: _/s/ Philip Furia_____ | By: _/s/ Kelly Howell_____ |
| Phil Furia, Esq. | Kelly Jones Howell, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 85 Civic Center Plaza, Suite 200 | 100 Wall Street |
| Poughkeepsie, NY 12601 | New York, New York 10005 |
| | (212) 687-0100 |